# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Montel Gest
                              Plaintiff,

v.                                           Case No.: 3:22–cv–00483

Amazon.com Services, LLC
                              Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/27/2023 re [36].

                                                                   Lynda M. Hill
                                                       s/ Lindsay Newsom, Deputy Clerk